IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR307 |
| | ) | |
| v. | ) | |
| | ) | |
| CLIFFORD HARMON, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

A hearing was held on the second petition for warrant or summons for offender under supervision (Filing No. 41). Defendant was present and represented by Michael F. Maloney, Assistant Public Defender. Plaintiff was represented by David M. Wear, Assistant United States Attorney.

Defendant admitted Allegation No. 4 of the second petition, and the United States moved to dismiss Allegation Nos. 1, 2 and 3.

IT IS ORDERED:

1) Defendant's supervised release is revoked. He is sentenced to the custody of the Bureau of Prisons for a term of 12 months and one day.

2) No term of supervised release will follow.

3) Allegations 1, 2 and 3 of the second amended petition are dismissed.

DATED this 14th day of January, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____